```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/1/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO ANTON and IGNACIO TLATELPA CALIXTO,

                Plaintiffs,

-against-

GO GREEN FINISH, et al.,

                Defendants.

No. 18 CIV 1506 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On June 28, 2021, the Court issued an Order to Show Cause why this case should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 38.) Plaintiffs then moved this Court to issue an order to show caused why a default judgment should not be directed against defendants Go Green Finish, Joseph Indiviglio, and Christina Indiviglio. (*See* ECF No. 36). On March 31, 2022, the Court issued an order to show cause against these defendants. (ECF No. 42.) Accordingly, the Court withdraws the Order to Show Cause as moot.

Dated:    April 1, 2022
              White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1