UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pedro Anton and Ignacio Tlatelpa Calixto,

    Plaintiffs

v.

Go Green Finish, et al.,

    Defendants.

Case No.: 18-cv-01506-NSR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2022

[PROPOSED] DEFAULT JUDGMENT

    This action having been commenced on February 20, 2018 by the filing of the Complaint, and a copy of the Summons and Complaint having been personally served on defendants Go Green Finish, Joseph Indiviglio, and Christa Indiviglio ("Defaulting Defendants") on February 27, 2018, and proof of such service having been filed on April 5, 2018, and Defaulting Defendants not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of Court having issued a certificate of default as to each defaulting defendant,

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered, jointly and severally, against defendants Go Green Finish, Joseph Indiviglio, and Christa Indiviglio, jointly and severally, in the following amounts: (1) $73,076.33 [plus prejudgment interest accruing at a rate of $9.44 per day for each day after July 28, 2021 until entry of judgment] in damages to Pedro Anton and $93,652.82 [plus prejudgment interest accruing at a rate of $9.24 per day for each day after July 28, 2021 until entry of judgment] in damages to Ignacio Tlatelpa Calixto; (2) $9,000 in reasonable attorneys' fees; and (3) post-judgment

interest accruing at the statutory rate provided for in 28 U.S.C. § 1961, running from the date of entry of this Judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, pursuant to NYLL §§ 198(4) and 663(4), "if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent."

Accordingly, the Clerk of Court is respectfully requested to close the case.

Dated: White Plains, NY
     May 6, 2022

**SO ORDERED:**

_____
NELSON S. ROMÁN
United States District Judge