UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Pedro Anton and Ignacio Tlatelpa Calixto,

                    Plaintiffs,

                    18 CIVIL 1506 (NSR)

     -against-              **AMENDED DEFAULT JUDGMENT**

Go Green Finish, et al.,
                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Default Judgment dated May 6, 2022, judgment is hereby entered, jointly and severally, against defendants Go Green Finish, Joseph Indiviglio, and Christa Indiviglio, jointly and severally, in the following amounts: (1) $73,076.33 [plus prejudgment interest accruing at a rate of $9.44 per day for each day after July 28, 2021 until entry of judgment, in the amount of $2,671.52] in damages to Pedro Anton and $93,652.82 [plus prejudgment interest accruing at a rate of $9.24 per day for each day after July 28, 2021 until entry of judgment, in the amount of $2,614.92] in damages to Ignacio Tlatelpa Calixto; (2) $9,000 in reasonable attorneys' fees; and (3) post-judgment interest accruing at the statutory rate provided for in 28 U.S.C. § 1961, running from the date of entry of this Judgment. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, pursuant to NYLL §§ 198(4) and 663(4), "if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent;" accordingly, the case is closed.

**DATED**: New York, New York
          May 6, 2022

                                                        **RUBY J. KRAJICK**

                                                             Clerk of Court

                                              BY: *KMango*
                                                       **Deputy Clerk**